STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
TUUTAU FANENE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>V.<br><br>TUUTAU FANENE,<br><br>DEFENDANT. | CR 14-269 JD<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of August 25, 2014 presently scheduled at 11:00 a.m., before the Honorable James Donato, be vacated and re-set for August 28, 2014 at 1:30 p.m.

The requested continuance is necessary because defense counsel is unavailable on August 22, 2014. Additionally, Mr. Fanene intends to move the court to appoint him a new attorney at his next appearance.

The parties agree and stipulate that the time until August 28, 2014 should be excluded, under 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to afford Mr. Fanene

continuity of counsel.

DATED: August 22, 2014

/S/
ELLEN V. LEONIDA
Assistant Federal Public Defender
Counsel for Defendant TUUTAU FANENE

DATED: August 22, 2014

/S/
AMANDA BECK
Special Assistant United States Attorney

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to afford Mr. Fanene continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to August 28, 2014 at 2:00 p.m., before the Honorable James Donato. Time is excluded until August 28, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: _8/22/14

HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE